UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| COLLETTE HARRIS, Plaintiff | CIVIL ACTION NO. 1:22-CV-03715 |
| VERSUS | JUDGE DRELL |
| STATE FARM FIRE & CASUALTY CO., *ET AL.* Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendants' Motion to Dismiss (ECF No. 21) is GRANTED, and Harris's claims against State Farm General Insurance Company and State Farm Mutual Automobile Insurance Company are DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in chambers in Alexandria, Louisiana on this 28 day of March, 2024.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT